IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| VIRGINIA CONKLIN, *et al.*,  Plaintiffs,  v.  1-800 FLOWERS SERVICE SUPPORT CENTER, INC.,  Defendant. | Case No.: 2:16-cv-675-ALM-EPD  JUDGE ALGENON L. MARBLEY  JUDGE ELIZABETH A. PRESTON  **JOINT MOTION TO FILE UNREDACTED TERMS OF SETTLEMENT AGREEMENT** |

Pursuant to the Court's Order dated January 27, 2020 (ECF 122), the parties hereby submit the unredacted Confidential Settlement Agreement and Release, attached hereto as Exhibit A.

Dated: February 10, 2020

| | |
|---|---|
| **JOHNSON BECKER PLLC** | **TUCKER ELLIS LLP** |
| */s/ Jacob Rusch* | */s/ Daniel L. Messeloff* |
| Jacob Rusch (admitted pro hac vice) | Daniel L. Messeloff (0078900) |
| 444 Cedar Street, Suite 1800 | 950 Main Avenue, Suite 1100 |
| St. Paul, MN 55101 | Cleveland, OH 44113 |
| Telephone: (614) 436-1800 | Telephone: (216) 592-5000 |
| Fax: (614) 436-1801 | Fax: (216) 592-5009 |
| E-Mail: jrusch@johnsonbecker.com | E-Mail: Daniel.messeloff@tuckerellis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2020, a true and accurate copy of the foregoing *Joint Motion to File Unredacted Terms of Settlement Agreement* was filed electronically with the Court. Notice of this filing will be delivered to all parties by operation of the Court's electronic filing system.

*/s/ Daniel L. Messeloff*
Daniel L. Messeloff
